THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
William David Dove,       
Appellant.
 
 
 

Appeal From Chester County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2005-UP-109
Submitted February 1, 2005  Filed February 
 11, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  William David Dove appeals 
 his guilty pleas to several counts of second-degree burglary, forgery, and grand 
 larceny, and one count of malicious injury to personal property.  Counsel for 
 Dove attached to the final brief a petition to be relieved as counsel.  Dove 
 did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Doves appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.